UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NIJOLE JANKUNAS | § | Case No. 18-03983 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on March 8, 2019 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  2/1/19                                By: /s/ Peter N. Metrou
                                                           Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| NIJOLE JANKUNAS, | ) | CASE NO. 18-03983 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

To:    See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of February, 2019, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                          */s/ Peter N. Metrou*
                                                          **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Sent via First-Class Mail

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card Services
Attn: Correspondence
Po Box 15278
Wilmington, DE 19850-5278

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citibank North America
Po Box 6497
Sioux Falls, SD 57117-6497

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Citicards Cbna
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/Carsons
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Carsons
Po Box 182789
Columbus, OH 43218-2789

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
Attn: Bankruptch Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-8803

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

First National Bank
Attn:  FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

First National Bank
Po Box 3412
Omaha, NE 68103-0412

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

Nijole Jankunas
26436 Greenwood Ave.
Crete, IL 60417-4528

| | | |
|---|---|---|
| Saulius Modestas<br>Modestas Law Offices, P.C.<br>401 S. Frontage Road<br>Suite C<br>Burr Ridge, IL 60527-7100 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Wells Fargo Bank<br>Po Box 10438<br>Macf8235-02f<br>Des Moines, IA 50306-0438 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | |

Sent via ECF

| | |
|---|---|
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
NIJOLE JANKUNAS § Case No. 18-03983
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 82.28 |
| leaving a balance on hand of[1] | $ | 19,917.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 33.79 | $ 0.00 | $ 33.79 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,783.79 |
| Remaining Balance | $ 17,133.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,189.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,273.13 | $ 0.00 | $ 556.63 |
| 2 | FIRST NATIONAL BANK OF OMAHA | $ 9,297.27 | $ 0.00 | $ 4,064.88 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 10,407.06 | $ 0.00 | $ 4,550.09 |
| 4 | AMERICAN EXPRESS NATIONAL BANK | $ 688.81 | $ 0.00 | $ 301.16 |
| 5 | CAPITAL ONE, N.A. | $ 352.74 | $ 0.00 | $ 154.22 |
| 6 | WELLS FARGO BANK, N.A. | $ 5,059.91 | $ 0.00 | $ 2,212.25 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 3,706.41 | $ 0.00 | $ 1,620.49 |
| 8 | FIFTH THIRD BANK | $ 3,153.19 | $ 0.00 | $ 1,378.61 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 3,384.36 | $ 0.00 | $ 1,479.68 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,866.19 | $ 0.00 | $ 815.92 |
| | Total to be paid to timely general unsecured creditors | | | $ 17,133.93 |
| | Remaining Balance | | | $ 0.00 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.